IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Adrienne L Simpson | ) | Case no. 19-02595 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: A. Benjamin Goldgar |
| | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Adrienne L Simpson
1291 Candlestick Way
Waukegan, IL 60085

David M Siegel
790 Chaddick Dr
Wheeling, IL 60090

Please take notice that on Friday, October 29, 2021 at 9:15 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https//www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the passcode is **623389.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, September 22, 2021

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350

/s/ Alyssa Ruan
For: Glenn Stearns, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Adrienne L Simpson | ) | Case no. 19-02595 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: A. Benjamin Goldgar |
| | ) | |

## MOTION TO DISMISS FOR NON COMPLIANCE OF THE CONFIRMED PLAN

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced case pursuant to 11 U.S.C §1307(c) and Bankruptcy Rule 3015 and in support thereof, states the following:

1. On January 31, 2019, the debtor filed a petition under Chapter 13.
2. On May 24, 2019, the Plan was confirmed for 56 months with payments of $300.00 with unsecured creditors receiving 10.00%.
3. The debtors plan provides that: In addition to making the regular monthly plan payments required under Section D1, Debtor shall submit her tax return to the trustee each year by April 30th. If debtor reports a loss from self-employment, debtor shall submit her entire refund to the Trustee.
4. The debtor is in non-compliance under the terms of the confirmed plan for failure to provide her 2019 and 2020 tax returns/refunds.

WHEREFORE, the Trustee prays that this case be dismissed pursuant to Section 1307 (c) and for other and further relief, as this court deems proper.

    Respectfully Submitted;

    /s/ Glenn Stearns

    For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350